1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

***E-FILED - 11/30/10***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VESTER L. PATTERSON, | ) | No. C 10-3776 RMW (PR) |
| Petitioner, | ) | ORDER OF TRANSFER |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| SHERIFF LEROY BACA, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner, proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on August 25, 2010. Petitioner appears to be a pre-trial detainee currently housed at the Los Angeles County Jail, which lies in the Central District of California.

Section 2241 allows "the Supreme Court, any justice thereof, the district courts and any circuit judge" to grant writs of habeas corpus "within their respective jurisdictions." 28 U.S.C. § 2241(a). The Supreme Court held that personal jurisdiction over a federal habeas corpus petition lies exclusively in the single federal judicial district in which both the custodian of the prisoner and the prisoner reside. Ahrens v. Clark, 335 U.S. 188, 190-91 (1948). Moreover, the district of confinement most often is the most convenient forum to the parties, and therefore federal courts often exercise discretion in transferring petitions to the district of confinement "in the interests of justice" pursuant 28 U.S.C. § 1404(a). See also Dunne v. Henman, 875 F.2d 244, 249-50 (9th Cir. 1989) (suggesting that even where district court has personal jurisdiction over

Order of Transfer
P:\PRO-SE\SJ.Rmw\HC.10\Patterson776trans.wpd

custodian, preferred forum is district where petitioner is confined).  Here, the Central District of California is the district in which both the custodian of the petitioner and the petitioner reside.

Accordingly, this case is TRANSFERRED to the United States District Court for the Central District of California.  See 28 U.S.C. § 1404(a).  The clerk shall terminate any pending motions and transfer the entire file to the Central District of California.

IT IS SO ORDERED.

DATED: _____11/30/10_____

*Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge

Order of Transfer
P:\PRO-SE\SJ.Rmw\HC.10\Patterson776trans.wpd        2