**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VESTER L. PATTERSON,<br><br>                    Petitioner,<br><br>          v.<br><br>D.K. SISTO, ET AL.,<br><br>                    Respondents. | )  NO. CV 10-09337 GHK (SS)<br>)<br>)<br>)<br>)        **JUDGMENT**<br>)<br>)<br>)<br>) |

    Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

    DATED: 3/9/11

                                    _____
                                    GEORGE H. KING
                                    UNITED STATES DISTRICT JUDGE